AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RONALD SCOTT BARRONTON,

    Plaintiff,

                **v.**

CENTURION MEDICAL PROVIDER-MEDICAL STAFF,

    Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:25-cv-75

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered March 30, 2026, the Court dismisses without prejudice Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute and denies Plaintiff leave to appeal in forma pauperis.  This case stands closed.

Approved by: _____

    Honorable Benjamin W. Cheesbro
    United States Magistrate Judge
    Southern District of Georgia

| March 31, 2026 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | *(By) Ann Duke, Deputy Clerk* |

GAS Rev 10/2020